IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00661-RBJ-KLM

JOAN C. LIPIN

Plaintiff,

V.

ARTHUR DODSON WISEHART,
ERIN M. JAMESON,
ELLEN E. WISEHART, and
RICHARD [RHJAKOB] KREYCIK,

Defendants.

---

## NOTICE OF RELATED CASE

---

Pursuant to D.C COLO.LCivR 3.2, defendants hereby give notice of a related case involving common facts and claims and at least one party in common with this action, pending in the District Court of Delta County, Colorado, and bearing Case No. 2016 CV 030032 (the "State Court Action"). A copy of the Complaint filed March 16, 2016 in the State Court Action is attached hereto as Exhibit A. A Notice of Lis Pendens was recorded with the Delta County County Clerk and Recorder's Office on March 16, 2016 (Case No. 2016 CV 030032) attached hereto as Exhibit B. An Amended Complaint (Case No. 2016 CV 030032) was filed on April 7, 2016 attached hereto as Exhibit C.

Dated April 9, 2016

Respectfully submitted,

_____

Arthur Dodson Wisehart, pro se

_____

Erin M. Jameson, pro se

_____

Ellen E. Wisehart, pro se

_____

Richard [RHJakob] Kreycik, pro se

Address:  39508 Pitkin Road
          Paonia, Colorado 81428
Telephone: 970-527-4680

Email:    wisehart@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Related Case** was mailed to Joan

C. Lipin at 45 East 89th Street, New York, New York 10128, on April ___, 2016.

_____

Arthur Dodson Wisehart, pro se